IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:13CV373 |
| ) | |
| DOUGLAS F. BATCHELOR, ) | |
| ) | |
| Respondent. ) | |

## ORDER TO SHOW CAUSE

This matter comes before the Court on the United States' Motion for Order to Show Cause. (Dk. No. 2.) Upon due consideration of the Motion and all supporting documentation, the Court GRANTS the motion.

Accordingly, it is hereby **ORDERED that Respondent Douglas Batchelor appear before this Court on July 23, 2013, at 11:00 a.m., at 701 East Broad Street, Richmond, Virginia, in Courtroom 6000 to SHOW CAUSE why he should not be compelled to obey the summons issued to him on February 27, 2013, and served upon him on that day.**

It is further ORDERED that the respondent may file a response to this Order to Show Cause within fourteen (14) days of service of this Order; the petitioner may file a reply within three (3) days thereafter; and, if the respondent has no objection to the entry of an order directing compliance with the summons, he shall file and serve on the petitioner a statement to that effect no later than five (5) days before the date of the July 23, 2013 show cause hearing.

The Court DIRECTS the Clerk to send a copy of this Order to all counsel of record. Further, within seven (7) calendar days of the entry of this Order, the Petitioner shall, by any lawful means, serve on the Respondent a copy of each of the following:

1. This Order;

2. The Petition to Enforce Internal Revenue Service Summons;

3. The Motion for Order to Show Cause and Memorandum in Support thereof; and,

4. The Declaration of Revenue Officer Tonja Stevens.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: June 12, 2013
Richmond, VA

/s/ _____
John A. Gibney, Jr.
United States District Judge