**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) ) | Civil No. 3:13-CV-373(JAG) |
| Petitioner, | ) ) |  |
| v. | ) ) |  |
| **DOUGLAS F. BATCHELOR,** | ) ) |  |
| Respondent. | ) ) |  |

**NOTICE OF SERVICE OF
ORDER TO SHOW CAUSE**

The United States, by counsel, gives notice of service of the Order to Show Cause on June 17, 2013, as set forth in the DECLARATION OF TONJA STEVENS CERTIFYING SERVICE ON RESPONDENT attached hereto.

DATED this 19th day of June, 2013.

                                      NEIL H. MACBRIDE
                                      United States Attorney

                By:    /s/
                        Robert P. McIntosh
                        Virginia Bar Number 66113
                        Attorney for the United States of America
                        United States Attorney's Office
                        600 East Main Street, Suite 1800
                        Richmond, Virginia 23219
                        Telephone: (804) 819-5400
                        Facsimile: (804) 819-7417
                        Email: Robert.McIntosh@usdoj.gov

CERTIFICATE OF SERVICE

  I hereby certify that on the __19th__ day of __June__, 2013, I will electronically file the foregoing NOTICE OF SERVICE OF ORDER TO SHOW CAUSE with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

And I hereby certify that I will mail the document by United States mail, first-class postage prepaid, to the non-filing users addressed as follows:

Douglas F. Batchelor  
8777 Sandy Beach Lane  
King George, Virginia 22485

            /s/  
            Robert P. McIntosh  
            Virginia Bar Number 66113  
            Attorney for the United States of America  
            United States Attorney's Office  
            600 East Main Street, Suite 1800  
            Richmond, Virginia 23219  
            Telephone:  (804) 819-5400  
            Facsimile: (804) 819-7417  
            Email: Robert.McIntosh@usdoj.gov