IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DOUGLAS F. BATCHELOR, ) <br> ) <br> Respondent. ) | Civil No. 3:13-CV-373(JAG) |

### DECLARATION OF TONJA STEVENS
### CERTIFYING SERVICE ON RESPONDENT

I, TONJA STEVENS, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a duly commissioned revenue officer employed by the Internal Revenue Service ("Service") in the Small Business/Self-Employed Division at 400 North 8th Street, Richmond, Virginia 23219.

2. On June 17, 2013, I served, pursuant to Rule 4(e)(2)(B) of the Federal Rules of Civil Procedure, the following on the respondent DOUGLAS F. BATCHELOR:

(1) UNITED STATES' PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS;

(2) MOTION FOR ORDER TO SHOW CAUSE;

(3) MEMORANDUM IN SUPPORT OF UNITED STATES' MOTION FOR ORDER TO SHOW CAUSE ;

(4) ORDER TO SHOW CAUSE; and

(5) DECLARATION OF TONJA STEVENS (with attached Exhibits).

3. The manner of service of the documents identified in paragraph 2 was by leaving a

copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 17 day of June, 2013.

Tonja Stevens
Revenue Officer